United States Bankruptcy Court

Central District of California

Barker,
    Plaintiff

Broker Solutions Inc,
    Defendant

Adv. Proc. No. 22-01170-NB

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Oct 27, 2022      Form ID: pdf031      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Andrew Lloyd Barker, On Behalf of The Estate of, Andrew Lloyd Barker, Plaintiff, Relator, Ex Rel, 16656 Calle Arbolada Pacific Palisades, CA 90272-1924 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Broker Solutions Inc |
| dft | | DOES 1 through 15, inclusive, |
| dft | | Earthscape Investments, LLC |
| dft | | LA County Sheriff |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kathy A Dockery (TR) | EFiling@LATrustee.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

District/off: 0973-2 User: admin Page 2 of 2
Date Rcvd: Oct 27, 2022 Form ID: pdf031 Total Noticed: 1
TOTAL: 2

**FILED & ENTERED**

OCT 27 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>Andrew Lloyd Barker,<br><br>Debtor(s) | Case No.: 2:22-bk-13688-NB<br>Adv. No.: 2:22-ap-01170-NB<br>Chapter: 13<br><br>**ORDER DISMISSING AND CLOSING ADVERSARY PROCEEDING** |
| Andrew Lloyd Barker,<br>Plaintiff(s)<br>v.<br>Broker Solutions, Inc., dba New American Funding; Los Angeles Sheriff's Department; Earthscape Investments, Inc.,<br>Defendant(s) | |

    This adversary proceeding concerns claims for declaratory and injunctive relief, quiet title, trover, wrongful foreclosure, breach of fiduciary duty and trespass.  Adv. dkt. 1.  Debtor's bankruptcy case has been dismissed with a 180-day refiling bar (*see* dkt. 30).

    When a bankruptcy case is dismissed, the Bankruptcy Court should determine whether or not it retains jurisdiction over any pending adversary proceeding.  *See In re*

-1-

*Carraher*, 971 F.2d 327, 328 (9th Cir. 1992) ("… where a federal district court dismisses federal claims, the court must consider economy, convenience, fairness and comity in deciding whether to retain jurisdiction over pendent state claims.") (internal citations omitted); *In re Casamont Investors, Ltd.,* 196 B.R. 517, 522-26 (9th Cir. BAP 1996) (applying *Carraher* principles more broadly in bankruptcy matters).

    This Court has considered the foregoing factors, and the other facts and circumstances of this case. Of particular importance, Plaintiff/Debtor has not filed proof establishing that any of the Defendants have been served with the Complaint and Debtor asserts claims arising under nonbankruptcy law.

    For the reasons stated herein, and good cause appearing, it is hereby ORDERED that the adversary proceeding is DISMISSED and CLOSED.

###

Date: October 27, 2022

Neil W. Bason
United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing, no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

<u>Plaintiff/Debtor</u>
Andrew Lloyd Barker
16656 Calle Arbolada
Pacific Palisades, California 90272

☐ Service information continued on attached page

Date:   10/27/2022     Signature:      /s/ Sharon Sumlin

                       Deputy Clerk [*printed name*]:   Sharon Sumlin